# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| IGOR PODLESNY, | ) | No. SA CV 12-01226-DMG (VBK) |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| Respondents. | ) | |

Based upon the Petition filed herein:

**IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file a Return or other responsive pleading within 45 days of the date of this Order to Show Cause, why a Writ of Habeas Corpus should not be issued.   Respondent shall also file a <u>certified</u> copy of any Administrative Record at issue.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon Respondent by serving a copy of the Petition and of this Order upon the United States Attorney for the Central District of California, as well as upon Petitioner. Respondent or his counsel serve a copy of the Return or other responsive pleading upon Petitioner prior to the filing thereof.

1  Petitioner has 20 days from the date of receipt of the Return or other
2  pleading in which to file his opposition or Traverse.
3      If Petitioner seeks a Stay of Deportation, a separate Motion to
4  Stay may be made directly to the court having appropriate
5  jurisdiction.  The Magistrate Judge has no authority to issue a Stay
6  of Deportation.

DATED: 8/7/2012

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE