1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9               WESTERN DIVISION

10

11   IGOR PODLESNY,                    )   No. SA CV 12-01226-DMG (VBK)
                                        )
12               Petitioner,           )   ORDER TO SHOW CAUSE
                                        )
13        v.                           )
                                        )
14   UNITED STATES DEPARTMENT OF        )
     HOMELAND SECURITY, et al.,         )
15                                      )
                 Respondents.          )
16   _____ )

17        Based upon the Petition filed herein:

18        **IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file

19   a Return or other responsive pleading within 45 days of the date of

20   this Order to Show Cause, why a Writ of Habeas Corpus should not be

21   issued.     Respondent shall also file a <u>certified</u> copy of any

22   Administrative Record at issue.

23        **IT IS FURTHER ORDERED** that the Clerk of this Court forthwith

24   serve a copy of this Order upon Respondent by serving a copy of the

25   Petition and of this Order upon the United States Attorney for the

26   Central District of California, as well as upon Petitioner.

27   Respondent or his counsel serve a copy of the Return or other

28   responsive pleading upon Petitioner prior to the filing thereof.

Petitioner has 20 days from the date of receipt of the Return or other pleading in which to file his opposition or Traverse.

If Petitioner seeks a Stay of Deportation, a separate Motion to Stay may be made directly to the court having appropriate jurisdiction. The Magistrate Judge has no authority to issue a Stay of Deportation.

DATED: 8/7/2012

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE