UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IGOR PODLESNY, | ) No. SA CV 12-01226-DMG (VBK) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"),

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, and (2) dismisses the Petition.

DATED: December 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE