JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| IGOR PODLESNY, | ) | No. SA CV 12-01226-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| Respondents | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED:  December 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE